**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 6:08-CR-283-ORL-19DAB

ANTHONY JONES

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 77, filed March 6, 2009) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 77) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Anthony Jones has entered a plea of guilty to Counts One and Three of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One and Three of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 79, filed March 6, 2009) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   10th   day of March, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy